Adam M. Starr, CSB #246292
AdamStarr@MarkowitzHerbold.com
Joseph M. Levy, CSB #329318
JosephLevy@MarkowitzHerbold.com
Ursula M. Lalović, CSB #215551
UrsulaLalovic@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
Facsimile: (503) 323-9105
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SPYDER GAMES LLC, a Louisiana limited liability company; and SPEEDY SIMULATOR GAMING, LLC, a Wyoming limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLY TEIXEIRA, an individual; GAKO, an individual sued under a fictitious name, the true identity of whom is presently unknown; and SOCIAL ENGINE FZE, a foreign entity; and JOHN DOES 1-10,<br><br>Defendants. | Case No. 3:25-cv-07289-TSH<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)**<br><br>Magistrate Judge:  Thomas S. Hixson |

1  Plaintiffs voluntarily dismiss this action with prejudice and without an award of fees and
2  costs.  Defendant has not filed an answer.

3  DATED:  November 13, 2025.    MARKOWITZ HERBOLD PC

*s/ Adam M. Starr*
Adam M. Starr, CSB #246292
AdamStarr@MarkowitzHerbold.com
Joseph M. Levy, CSB #329318
JosephLevy@MarkowitzHerbold.com
Ursula M. Lalović, CSB #215551
UrsulaLalovic@MarkowitzHerbold.com
*Attorneys for Plaintiffs*

2380994.1

MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, Oregon 97201
Tel (503) 295-3085 • Fax (503) 323-9105

2   Case No. 3:25-cv-07289-TSH
PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL