AO 121 (Rev. 06/16)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION      ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.<br>3:25-cv-7289    DATE FILED<br>08/28/2025 | U.S. District Court for the Northern District of California<br>San Francisco Division |

| PLAINTIFFS | DEFENDANTS |
|---|---|
| SPYDER GAMES LLC and SPEEDY SIMULATOR GAMING, LLC | CHARLY TEIXEIRA, an individual; GAKO, an individual sued under a fictitious name, the true identity of whom is presently unknown; and SOCIAL ENGINE FZE, a foreign entity; and JOHN DOES 1-10 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  PA0002544969 | Steal a Brainrot | Speedy Simulator Gaming, LLC |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OR WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED   Voluntary Dismissal dkt 11<br>☐ Order ☑ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED<br>11/13/2025 |
|---|---|---|

| CLERK<br>Mark B Busby | (BY) DEPUTY CLERK<br>*Peter Frontiera* | DATE<br>11/13/2025 |
|---|---|---|

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights   2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights   3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court    5) Case File Copy